IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Chevelle & Holly Clements, as co- administrators of the estate of DECYNTHIA CLEMENTS, Deceased,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY OF ELGIN, a municipal corporation, and ELGIN POLICE OFFICERS Christopher Jensen, individually and as agents of the CITY OF ELGIN<br><br>        Defendants. | Case No.  1:18-CV-03935 |

**DEFENDANTS, CITY OF ELGIN AND ELGIN POLICE OFFICER CHRISTIAN JENSEN'S EXHIBITS' TO THEIR RULE 56.1(a) (3) STATEMENT OF MATERIAL FACTS**

**EXHIBITS**

- Exhibit A - Amended Complaint

- Exhibit B - Deposition of Officer Joniak

- Exhibit C - Affidavit of Officer Joniak

- Exhibit D - Deposition of Lieutenant Jensen

- Exhibit E - Affidavit of Lieutenant Jensen

- Exhibit F - Deposition of Officer Hall

- Exhibit G - Deposition of Officer Garcia

- Exhibit H - Deposition of Dr. White

- Exhibit I - Deposition of Sgt Hartman

- Exhibit J - Deposition of Officer Williamson

- Exhibit K - Deposition of Master Sergeant Surz

- Exhibit L - Deposition of Paramedic Best

- Exhibit M - Deposition of Paramedic Bava

- Exhibit N - Deposition of Officer Duffy

- Exhibit O - Deposition of Trooper Nelson

- Exhibit P - Deposition of Officer Schuttrow

- Exhibit Q - Deposition of Paramedic Needham

- Exhibit R - Deposition of Chief Ana Lalley

- Exhibit S - Elgin Police Department Policy 1.3

- Exhibit T - Deposition of Sergeant Demierre

- Exhibit U - Body Camera Video Recording of Officer Schuttrow

- Exhibit V - Body Camera Video Recording of Officer Joniak

- Exhibit W - Body Camera Video Recording of Lieutenant Jensen

- Exhibit X - Dashboard Camera Video Recording of Lieutenant Jensen

    DeAno & Scarry, LLC

       s/James L. DeAno
    Attorney for Defendants

James L.DeAno
Laura L. Scarry
Raymond J. Byrne
DeAno & Scarry, LLC
53 W. Jackson Blvd.
Suite 1610
Chicago, IL 60604
630-690-2800
jdeano@deanoscarry.com
lscarry@deanoscarry.com
rbyrne@deanoscarry.com