IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Chevelle Clements et al,

Plaintiff(s),

v.

City of Elgin et al,

Defendant(s).

Case No. 18-cv-3935
Judge Jeffrey I Cummings

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of defendants and against plaintiffs on plaintiffs' federal claims and the Court exercises its discretion to relinquish jurisdiction as to plaintiffs' state law claims.

This action was *(check one)*:

☐ tried by a jury with Judge           presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Jeffrey I Cummings on a motion.

Date: 3/28/2024                                  Thomas G. Bruton, Clerk of Court

                                                 Kerwin Posley, Deputy Clerk